MyungSugKim

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **06-00104** |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) **FRAUD IN CONNECTION WITH** |
| MYUNG SUG KIM, | ) **IDENTIFICATION DOCUMENTS** |
| Defendant. | ) [18 U.S.C. §§ 2 & 1028(a)(7)] |

THE GRAND JURY CHARGES:

On or about December 9, 2004, within the District of Guam, the defendant herein, MYUNG SUG KIM, did unlawfully and knowingly possess and use, without lawful authority, a means of identification of another person, to-wit: Taxpayer Identification Number 963-718-820 belonging to Angelica Morales Garcia, with the intent to commit, or to aid or abet, or in

//
//
//
//

connection with, an unlawful activity that constitutes a violation of Federal law, to-wit: Title 18, United States Code, Section 666(a)(2),

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 1028(a)(7).

DATED this 15th day of November 2006.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00104**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: __X__ Yes ____ No

Defendant Name: Myung Sug Kim

Alias Name: _____

Address: _____

Tamuning, GU

Birthdate xx/xx/1961  SS# ____  Sex __M__  Race __A__  Nationality Korean

**RECEIVED NOV 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA: Karon V. Johnson

**Interpreter:** ____ No __X__ Yes  List language and/or dialect: Korean

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__  ____ Petty  ____ Misdemeanor  __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 2 & 1028(a)(7) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: NOV 15 2006   Signature of AUSA: _[signature]_