MSKim.MUS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

JAN 15 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MYUNG SUG KIM, <br><br> Defendant. | CRIMINAL CASE NO. 06-00104 <br><br> **MOTION TO UNSEAL CASE** |

COMES NOW the United States of America, and hereby moves this Honorable Court for an order unsealing the above-entitled case. Defendant has been arrested. The government believes that the investigations conducted while this matter was sealed have been completed, and there is no further benefit to be gained by keeping this indictment secret.

Respectfully submitted this 15th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

-1-