LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00104 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER UNSEALING CASE** |
| MYUNG SUG KIM, | ) | |
| Defendant. | ) | |

Upon application by the United States and for good cause shown,

**IT IS HEREBY ORDERED** that the above-entitled case is unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jan 15, 2008**