LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00104 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| | ) | |
| MYUNG SUG KIM, | ) | |
| | ) | |
| Defendant. | ) | |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

This Court finds that MYUNG SUG KIM, is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on January 15, 2008, at 3:30 p.m. for his initial appearance and arraignment in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent, or any Federal law enforcement agent shall produce MYUNG SUG KIM before this Court on January 15, 2008 at 3:30 p.m., and whenever necessary hereafter to attend court appearances and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of confinement.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jan 15, 2008**