# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00104-001  DATE: January 15, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 3:38:23 - 3:50:03
CSO: J. McDonald

**APPEARANCES:**
Defendant: Myung Sug Kim  Attorney: Samuel S. Teker
☑Present ☑Custody ☐Bond ☐P.R.  ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Christopher Duenas  U.S. Marshal: None Present
Interpreter: Sung Woo Yoon aka Victor  Language: Korean

**PROCEEDINGS: Initial Appearance on an Idictment and Arraignment**
- Financial Affidavit reviewed and accepted: Samuel S. Teker appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: 3/11/2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: