**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

CASE NO.: CR-06-00104　　　　　　　　　　DATE: January 30, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　Electronically Recorded: 2:32:27 - 2:37:13
CSO: J. McDonald

**APPEARANCES:**
Defendant: Myung Sug Kim　　　　　　　Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: D. Punzalan
Interpreter: Sung W. Yoon　　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of superseding Indictment.
- Plea entered: Not guilty
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: