Kim63.app

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00104 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER re Disclosure of Certain Information Concerning Taxpayer Identification Number** |
| MYUNG SUG KIM, | ) | |
| Defendant. | ) | |

On January 16, 2008, the government filed an application, pursuant to Title 26, United States Code Section 6103(i)(4)(A), to allow the government to disclose the Internal Revenue Service records related to Taxpayer Identification Number XXX-XX-8820, to defense attorney Samuel S. Teker.

The court finds that the disclosure of such information is probative of a matter in issue relevant in establishing the commission of a crime and the guilt or liability of a party.

**IT IS THEREFORE ORDERED** that the United States of America may disclose the Internal Revenue Service records related to Taxpayer Identification Number XXX-XX-8820, in the course of unsealing the indictment, and may provide specific documentary information to defense attorney Samuel S. Teker.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 31, 2008