RECEIVED

JAN 24 2008

US MARSHALS SERVICE-GUAM

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____**GUAM**_____

UNITED STATES OF AMERICA

V.

MYUNG SUG KIM

## WARRANT FOR ARREST

Case Number: CR-06-00104-001

**FILED**
**DISTRICT COURT OF GUAM**

FEB 0 5 2008

**JEANNE G. QUINATA**
**Clerk of Court**

To: The United States Marshal
  and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**MYUNG SUG KIM**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Superseding Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release  ☐ Probation  ☐ Supervised Release  ☐ Violation Notice
  Violation Petition  Violation Petition  Violation

charging him or her with  (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 1

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii)
& 1028(c)(3)(A), Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008    Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

AGENT ADVISED WARRANT SERVED ON DEFENDANTS ATTORNEY SAM TEKER

| DATE RECEIVED 1-24-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-29-08 | JOHN C. UNTALAN FOR FBI | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    MYUNG SUG KIM _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____