# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00104  DATE: March 04, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 1:35:09 - 1:56:54
CSO: B. Pereda

**APPEARANCES:**

Defendant: Myung Sug Kim  Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: V. Roman
Interpreter: Sung W. Yoon  Language: Korean

**PROCEEDINGS: Change of Plea**
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 3, 2008 at 11:30 a.m.
- Draft Presentence Report due to the parties: April 29, 2008
- Response to Presentence Report: May 13, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: