IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00104 |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. | ) | **AND ADJUDICATING GUILT, AND** |
| | ) | **NOTICE OF SENTENCING** |
| MYUNG SUG KIM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of an Indictment charging him with Criminal Conspiracy, in violation of 18 U.S.C. §§ 2 and 371, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on June 3, 2008, at 11:30 a.m.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Mar 19, 2008**