ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
CARLEEN G. BORJA
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA | ) | Criminal Case No. 06-00104 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING DATE** |
| MYUNG SUG KIM | ) | |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from June 3, 2008, to June 20, 2008, at 10:00 a.m. The Presentence Investigation Report shall be provided to the parties no later than May 16, 2008. The parties shall file their responses to the presentence report no later than May 30, 2008. The final report presentence report, addendum, and recommendation shall be submitted to the Court no later than June 13, 2008.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: May 12, 2008**