myungkimstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAY 20 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00104 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO CONTINUE SENTENCING |
| MYUNG SUG KIM, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Samuel Teker, hereby motion this Honorable Court to continue the sentencing hearing currently scheduled for June 20, 2008, to a date approximately one (1) month thereafter to be selected by the court.

//
//
//
//
//
//

ORIGINAL

The parties make this request due to Assistant U.S. Attorney Karon V. Johnson will be off-island for oral argument and home leave, from June 16 to July 20, 2008.

5-20-08
DATE

SAMUEL TEKER
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

5/20/08
DATE

By: KARON V. JOHNSON
Assistant U.S. Attorney