1 myungkimpsr
2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
5 Hagåtña, Guam  96910
TEL:  (671) 472-7332
6 FAX:  (671) 472-7334

7 Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              vs.<br><br>MYUNG SUG KIM,<br><br>                              Defendant. | CRIMINAL CASE NO.  06-00104<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 27th  day of May 2008.

                                                    LEONARDO M. RAPADAS
                                                   United States Attorney
                                                   Districts of Guam and NMI


                                            By:    /S/ Karon V. Johnson
                                                       KARON V. JOHNSON
                                                       Assistant U.S. Attorney