LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00104 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **Re: Stipulated Motion To** |
| vs. | ) | **Continue Sentencing** |
| | ) | |
| MYUNG SUG KIM, | ) | |
| | ) | |
| Defendant. | ) | |

At the stipulated request of the parties, **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for June 20, 2008, is hereby rescheduled to the 7th day of July, 2008 at the hour of 1:30 p.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 28, 2008**