AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT     **GUAM**

**UNITED STATES OF AMERICA**

V.

**MYUNG SUG KIM**

# NOTICE

CASE NUMBER:    **CR-06-00104-001**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | July 7, 2008 at 1:30 P.M. | August 5, 2008 at 9:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 2, 2008                 Virginia T. Kilgore
DATE                                      /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Samuel S. Teker, Esq.
         U.S. Probation Office
         U.S. Marshals Service