**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-06-00104-001            DATE: August 05, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber            Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 9:27:27 - 9:40:46

**APPEARANCES:**
Defendant: Myung Sug Kim            Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson            U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Sung Woo Yoon            Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of time served (approximately 222 days).
- Upon release, Defendant is to self-surrender to the U.S. Immigration and Naturalization Services Guam office for deportation proceedings.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 2 years.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant released to Hi Young Kang, Barrigada, Guam.
- Government's oral motion to dismiss Count II granted.

NOTES: Passport to be returned to Mr. Kim for renewal.